IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRANCISCO LOPEZ and
DANIELLE SILVANO,

      Plaintiffs,

v.                                  CASE NO.: 4:11cv136-SPM/WCS

ML #3,LLC, d/b/a FIRST
TEAM MITSUBISHI,

      Defendant.
_____/

## ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT

This cause comes before the Court on Plaintiffs motion for leave to file a second amended complaint (doc. 6), Defendant's response in opposition (doc. 7), and Plaintiffs' motion for leave reply (doc. 8). Upon consideration, it is

ORDERED AND ADJUDGED:

1. Plaintiffs' motion (doc. 6) is granted. Plaintiffs shall have up to and including May 25, 2011, to file their second amended complaint. Defendant shall have 14 days to respond.

2. Plaintiffs' motion for leave to file a reply (doc. 8) is denied as moot.

DONE AND ORDERED this 23rd day of May, 2011.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge