IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FRANSICO LOPEZ and,**
**DANIELLE SILVANO**

    **Plaintiffs,**

**vs.**                                     **CASE NO. 4:11cv136/RS-WCS**

**ML#3, LLC, d/b/a FIRST**
**TEAM MITSUBISHI,**

    **Defendant.**

_____

## ORDER

The Unopposed Motion to Stay Proceedings Pending Mediation (Doc. 19) is **DENIED**. However, the response deadline for the Motion to Dismiss (Doc. 16) shall be extended until July 5, 2011.

**ORDERED** on June 16, 2011.

                                                      /S/ Richard Smoak
                                                      **RICHARD SMOAK**
                                                      **UNITED STATES DISTRICT JUDGE**