IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FRANCISCO LOPEZ and
DANIELLE SILVANO,**

      **Plaintiffs,**

**vs.**                            **CASE NO. 4:11cv136/RS-WCS**

**ML #3, LLC d/b/a FIRST
TEAM MITSUBISCHI,**

      **Defendant.**
_____

## ORDER

Before me is Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint and Incorporated Memorandum of Law (Doc. 16). Plaintiffs have failed to file a response despite the extended deadline (*See* Doc. 21). "Failure to file a responsive memoranda may be sufficient cause to grant to motion." N.D. Fla. Loc. R. 7.1 (C)(1).

Plaintiffs' Second Amended Complaint is **dismissed with prejudice** for the reasons set forth in Defendant's Motion.

**ORDERED** on July 7, 2011.

                                           /S/ Richard Smoak
                                           **RICHARD SMOAK
                                           UNITED STATES DISTRICT JUDGE**